**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARK J. BUNIM,**<br>Plaintiff,<br>*v.*<br>**LAWRENCE MILLER, et al.**<br>Defendants. | **CIVIL ACTION**<br>**NO. 17-519-KSM** |

# ORDER

**AND NOW**, in consideration of Plaintiff's Notice of Voluntary Dismissal (Doc. No. 14), on this 27th day of September, 2023, it is **ORDERED** as follows**:**

1. The **STAY** put in place in this matter (Doc. No. 7) is hereby **LIFTED**;
2. This matter shall be **REMOVED** from **SUSPENSE** (Doc. No. 10); and
3. The Clerk of Court shall mark this matter as **CLOSED.**

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.